# THE SCHIANO LAW OFFICE
A PROFESSIONAL CORPORATION

Suite 315, Wilder Building • One East Main Street • Rochester, New York 14614
Telephone (585) 546-7150 • Fax (585) 546-3514

CHARLES A. SCHIANO, JR.
MICHAEL P. SCHIANO
CHRISTOPHER A. SCHIANO

OF COUNSEL
CHARLES A. SCHIANO, SR.

September 30, 2014

Hon. Marian W. Payson
United States Magistrate Judge
100 State Street
Rochester, NY 14614

Via facsimile: 613-4045

RECEIVED SEP 30 2014
MARIAN W. PAYSON
U.S. Magistrate Judge
Western District of New York

Re: U.S. v. Daniel Acevedo *Jaime Fontenez*
    #14-MJ-4007

Dear Magistrate Payson:

I am in receipt of a letter from Maurice J. Verrillo, Esq. dated September 29, 2014, wherein he requests that the above matter be adjourned to your October 3rd, 2014, calendar. By this letter I am respectfully requesting a further adjournment of one week as I am currently involved in a murder trial before Judge Argento which is expected to last into next week. I have spoken to AUSA Robert Marangola and he does not object to my request.

We hereby waive all 30.30 speedy trial time until further notice.

Thank you for your consideration.

Very truly yours,

Michael P. Schiano

MPS:sjs

cc: Robert A. Marangola, AUSA, via facsimile: 263-6420
    Maurice J. Verrillo, Esq., via facsimile: 232-2647

---

Request granted. The status conference shall be adjourned to 10/8/14 at 9:00 a.m. Time is excluded between today and 10/8/14 in the interests of justice pursuant to 18 USC §3161(h)(7) to ensure that the defendant has the continued assistance of counsel.

SO ORDERED
Marian W. Payson
USMJ
10/1/14